NOT FOR PUBLICATION                                                                CLOSED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MUNZING NORTH AMERICA, LLC, | Civil No. 13-5818 (FSH) |
| Plaintiff, | **ORDER** |
| v. | Date: June 2, 2014 |
| MANAGED BENEFIT PLANS, INC., et al., |  |
| Defendants. |  |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Plaintiff's motion for default judgment against Defendants Managed Benefit Plans, Inc.; Joanne Filardo; and William Boudreau ("Defendants") pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 14); and

it appearing that Plaintiff filed the instant action against Defendants on September 30, 2013, alleging, *inter alia*, that Defendants failed to properly manage and safeguard plan funds in accordance with ERISA Section 502(a), 29 U.S.C. § 1132(a) and ERISA Section 409, 29 U.S.C. § 1109(a) (Dkt. No. 1); and

it appearing that Defendants were served on November 18, 2013 and November 22, 2013 (Dkt. Nos. 4-6) and failed to answer or appear in this action in any manner; and

it appearing that entry of default was entered against Defendants on April 8, 2014; and

it appearing that Plaintiff provided Defendants with written notice of their motion for default judgment (Dkt. No. 14); and

it appearing that Defendants failed to respond to the instant motion and the time for such response having lapsed; and

it appearing that Plaintiff seeks damages in the form of unused funds, penalty fees, costs, and attorney's fees as a result of the Defendants' conduct; and

Plaintiff's submissions having been considered pursuant to Fed. R. Civ. P. 78;

**ACCORDINGLY IT IS** on this 2nd day of June, 2014

**ORDERED** that Plaintiff's request for default judgment (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED** that Plaintiff has judgment against Defendants, jointly and severally, in the total amount of **$26,691.85**, which consists of $26,171.85 in damages and $520.00 in costs; and it is further

**ORDERED** that Plaintiff's request for attorney's fees is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff may submit a motion requesting attorney's fees within **30 days** of this Order that provides statutory and case law authority for the award of attorney's fees along with proposed findings of fact and conclusions of law supporting such an award; and it is further

**ORDERED** that the Clerk of the Court **CLOSE** this case.

                                            **SO ORDERED.**

                                            **/s/ Faith S. Hochberg**
                                            **Hon. Faith S. Hochberg, U.S.D.J.**